AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dalzell, Stewart | U.S. District Court | 04/30/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Active | ☐ Nomination, Date  <br> ☐ Initial  ☑ Annual  ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2007 <br> to <br> 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 10613 U.S. Courthouse <br> 601 Market Street <br> Philadelphia, PA 19106 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 04/30/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | ▆▆▆▆▆▆▆▆ - Teaching Fees |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Richard Wolfington | 9/14-16/07 | Skytop, PA | Wedding | Lodging for Wedding Ceremony |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 04/30/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Lamdmark Cinemas | Value of Free Movie Pass | $ 204 |
| 2. | Drinker Biddle & Reath | Tax Return Preparation | $ 2000.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cape Cod Five Cent Savings | A | Interest | J | T | | | | | |
| 2. Bear, Steams Fed. Fund | A | Interest | K | T | | | | | |
| 3. PNC Bank | A | Interest | J | T | | | | | |
| 4. RMA Tax Free Fund | A | Dividend | J | T | | | | | |
| 5. BRE Properties, Inc. | C | Dividend | L | T | pt. sell | 2/12 | L | F | partial sale on NYSE |
| 6. Vangaurd PA Tax Free Money Fund | B | Dividend | K | T | | | | | |
| 7. Village Super Market | A | Dividend | | | sell | 1/8 | K | E | sale on NASDAQ |
| 8. Prime Fund-Cash Reserve Trust | A | Dividend | J | T | | | | | |
| 9. Pepsico | A | Dividend | K | T | | | | | |
| 10. Compton Petroleum | | None | | | sell | 12/11 | J | A | sale on NYSE |
| 11. J.P. Morgan Bonds | B | Interest | K | T | | | | | |
| 12. Weingarten Realty Inv. | A | Dividend | | | pt. sell | 6/28 | J | A | partial sale on NYSE |
| 13. Citigroup | B | Dividend | | | sell | 11/8 | J | A | sale on NYSE |
| 14. Pfizer, Inc. | A | Dividend | J | T | buy | 12/24 | J | | buy add'l shares on NYSE |
| 15. General Electric | A | Dividend | K | T | | | | | |
| 16. GTE South Inc. Bonds | B | Interest | | | matured | 6/15 | K | A | matured |
| 17. VF Corp. | A | Dividend | K | T | pt. sell | 8/21 | J | B | partial sale on NYSE |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Exxon Mobil | A | Dividend | K | T | pt. sell | 8/21 | J | C | partial sale on NYSE |
| 19. SEI Daily Income Trust | D | Dividend | K | T | | | | | |
| 20. Lowes | A | Dividend | J | T | | | | | |
| 21. Chevron | B | Dividend | L | T | pt. sell | 8/21 | J | B | partial sale on NYSE |
| 22. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 23. Goldman Sachs Group Notes | D | Interest | L | T | | | | | |
| 24. Northern Dynasty Minerals | A | Dividend | | | buy | 3/15 | J | | buy on NYSE |
| 25. General Dynamics | A | Dividend | K | T | pt. sell | 8/21 | J | B | partial sale on NYSE |
| 26. Northern Dynasty Minerals | A | Dividend | | | sell | 8/6 | J | C | sale on NYSE |
| 27. Calpine Corp. | | None | | | buy | 2/22 | J | | buy on NASDAQ |
| 28. Intel | A | Dividend | J | T | buy | 12/21 | J | | buy add'l shares on NYSE |
| 29. AT&T | A | Dividend | K | T | | | | | |
| 30. Wells Fargo | A | Dividend | J | T | | | | | |
| 31. Calpine Corp. | | None | | | sell | 12/21 | J | A | sale on NASDAQ |
| 32. J.P. Morgan Chase | A | Dividend | | | pt. sell | 8/1 | J | B | sale on NYSE |
| 33. Dominion Resources | B | Dividend | K | T | | | | | |
| 34. Xerox Credit Notes | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Sherritt International Corp. | A | Dividend | J | T | pt. sell | 3/19 | K | E | partial sale on Toronto SE |
| 36. Fed. Farm CreditBank Bonds | B | Interest | K | T | | | | | |
| 37. Windstream | B | Dividend | K | T | buy | 6/8 | K | | buy on NYSE |
| 38. Bank of America | A | Dividend | K | T | buy | 8/1 | J | | buy add'l shares on NYSE |
| 39. Conoco Phillips | A | Dividend | K | T | pt. sell | 8/21 | J | C | partial sale on NYSE |
| 40. Int'l Business Machines | A | Dividend | K | T | | | | | |
| 41. Servicemaster | A | Dividend | | | sell | 3/19 | J | B | sale on NYSE |
| 42. Fed. Home Loan Bank Bonds | B | Interest | K | T | | | | | |
| 43. Utilities SPDR Trust | A | Dividend | | | sell | 6/1 | J | B | sale on Amex |
| 44. Korea Electric Power Corp. | A | Dividend | K | T | | | | | |
| 45. Fairfax Financial Bonds | A | Interest | | | sell | 3/8 | K | C | sale on Toronto SE |
| 46. Fairfax Financial Holdings | A | Dividend | K | T | | | | | |
| 47. Helmerich & Payne | A | Dividend | K | T | buy | 10/2 | K | | buy on NYSE |
| 48. Henderson Global Equity | A | Dividend | J | T | buy | 3/19 | J | | buy in underwriting |
| 49. Plum Creek Timber | A | Dividend | J | T | buy | 12/24 | J | | buy add'l shares on NYSE |
| 50. Chesapeake Energy | A | Dividend | K | T | buy | 4/20 | K | | buy on NYSE |
| 51. Callon Petroleum | | None | J | T | buy | 3/15 | J | | buy on NYSE |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FFCB Bonds | B | Interest | K | T | | | | | |
| 53. FHLB Bonds | B | Interest | K | T | | | | | |
| 54. Weingarten Realty | A | Dividend | | | sell | 12/24 | K | A | sale on NYSE |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Column C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 04/30/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 04/30/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544